JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO A. DIONES,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>Respondent. | Case No. CV 19-837 JVS(JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition and Action without Prejudice, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: April 22, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE